# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER COSTON-MOORE, | CASE NO. 1:09-CV-2190-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY COURT ORDER |
| v. | |
| A. SANDOVAL, et al., | (DOC. 9) |
| Defendants. | RESPONSE DUE WITHIN EIGHTEEN DAYS |

Plaintiff Amber Coston-Moore ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action. On November 9, 2010, the Court issued an order for Plaintiff to complete and submit service documents for the United States Marshal to effect service of process. Doc. 9. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within eighteen (18) days from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **May 2, 2011**            /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE

1